UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO:   3:03cr00204(EBB) |
| v. | : | 3:03cr00220(EBB) |
| | : | |
| PAMELA KAICHEN | : | |

**AMENDED RESTITUTION ORDER**

Upon review of the "Government's Motion for Amended Restitution Order" dated March 25, 2004 and the "Defendant's Response to Government's Motion for Amended Restitution Order" dated October 7, 2004 indicating that the defendant has no objection to the Government's request, it is the Judgment of this Court, that the defendant Pamela Kaichen shall make restitution to the victims identified below in the amount of $42,161.98.

Specifically, the defendant shall make restitution pursuant to 18 U.S.C. §3663A as follows:

- $11,051.00 to the Fleet Bank located at 26 Mill Plain Road, Danbury, Connecticut;

- $11,097.00 to the People's Bank located at 6 Queen Street, Newtown, Connecticut;

- $8,619.98 to the First Union Bank, Danbury Branch, located at 108 Federal Road, Danbury, Connecticut;

- $2,020.00 to the Union Savings Bank, located at 200 Federal Road, Brookfield, Connecticut;

- $3,184.00 to the HSBC Bank located at 34 Popham Road, Scarsdale, New York; and

- $6,190.00 to the Bank of New York, Shrub Oak Branch, 1336 East Main Street, Shrub Oak, New York.

Insofar as law enforcement agents recovered $39,302.17 in the case, that amount shall be applied first to pay the $600.00 in special assessments pursuant to 18 U.S.C. § 3013, and next to cover the restitution amount of $42,161.98, in accordance with 18 U.S.C. § 3612(c). Insofar as $22,556.00 has already been submitted to the Clerk's Office by agents of the Federal Bureau of Investigation ("FBI"), $600.00 of which was applied to the special assessments and $21,956.00 of which was applied as partial payment of the required restitution, agents of the FBI are hereby ordered to submit to the Clerk's Office of the United States District Court in New Haven, Connecticut, on or before January 7, 2005, the remainder of the cash seized that remains in the evidentiary possession of the FBI – namely the $16,746.17 – for application to the outstanding restitution in this case.

Insofar as the total amount seized that will be applied to the required restitution is $38,702.17 (the $21,956.00 already submitted, plus the $16,746.17 remaining in the possession of the FBI); and the required restitution totals $42,161.98, the defendant is hereby ordered to pay the remaining restitution balance of $3,459.81 during her period of supervised release and as a special condition of her supervised release, at the direction of the Probation Office and upon a payment schedule and at a rate that the defendant can afford, as determined by the Probation Office. Penalties and interest are waived.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

SO ORDERED, this _____ day of _____, 2004.

                                                                                             Ellen Bree Burns
                                                                                              Senior United States District Judge